FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
15 FEB -6 PM 1:26
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

LISA G. PARKER and )
ROGER PARKER, )
)
Plaintiffs, )
) CASE NO. 3:15-cv-0012 RLY-WGH
vs. )
)
AMERICAN MEDICAL RESPONSE, )
)
Defendant. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Come now the Plaintiffs, Lisa G. Parker and Roger Parker, and for their Complaint against the Defendant, American Medical Response, allege and state the following:

## PARTIES, JURISDICTION, AND VENUE

1. At all relevant times, Lisa G. Parker and Roger Parker were citizens of Indiana, residing together as husband and wife in Vanderburgh County, State of Indiana.

2. At all times relevant herein, Defendant, American Medical Response, was a corporation organized and existing under the laws of the State of Colorado, with its principal place of business located at 6200 South Syracuse Way, Suite 200, Greenwood Village, Colorado 80111. As such, Defendant, American Medical Response, is a citizen of the State of Colorado.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

4. Venue is proper because a substantial part of the events and/or omissions giving rise to this claim occurred in the Southern District of Indiana.

## GENERAL ALLEGATIONS

5. On or about February 9, 2013, Plaintiff Lisa G. Parker was very sick and Plaintiff Roger Parker called 911 for assistance.

4. That at said time and place, employees of Defendant, American Medical Response, arrived at Plaintiffs' home in Vanderburgh County in response to said call.

5. That at said time and place, employees of Defendant, American Medical Response, attempted to help Plaintiff Lisa G. Parker walk herself to Defendant, American Medical Response's, ambulance outside.

6. That at said time and place, Plaintiff Lisa G. Parker and/or Plaintiff Roger Parker informed employees of Defendant, American Medical Response, that she could not walk to said ambulance.

7. That at said time and place, employees of Defendant, American Medical Response, attempted to get Plaintiff Lisa G. Parker to shuffle to said ambulance.

8. That at said time and place, while under the care and direction of Defendant, American Medical Response, Plaintiff Lisa G. Parker collapsed, twisting her leg underneath her.

9. That at said time and place, employees of Defendant, American Medical Response, negligently failed to care, assist, and transport Plaintiff Lisa G. Parker out of her residence and to the ambulance.

10. That as the direct and proximate result of said Defendant, American Medical Response's, negligence, Plaintiff Lisa G. Parker sustained physical injuries and monetary damages including but not limited to a broken and/or fractured leg and subsequent infection and hospitalization.

11. That by reason of the injuries received by Plaintiff Lisa G. Parker as a proximate result of Defendant, American Medical Response's, negligence, Plaintiff Roger Parker has suffered the loss of services of his wife and her society, companionship, and consortium that were and are of great value to Plaintiff Roger Parker.

12. That at said time and place, the employees of Defendant, American Medical Response, who arrived at Plaintiffs' residence were employed by Defendant and were within the course and scope of their employment.

WHEREFORE, Plaintiffs, Lisa G. Parker and Roger Parker, pray for a judgment of and from the Defendant, American Medical Response, in an amount that will fully and fairly compensate the Plaintiffs for damages, costs of this action, interest as allowed by law, and all other relief just and proper in the premises.

## DEMAND FOR JURY TRIAL

Plaintiffs, Lisa G. Parker and Roger Parker, respectfully request that all issues addressed herein be presented to a jury.

Respectfully submitted,

WILSON KEHOE WININGHAM LLC

_____
D. Bruce Kehoe
Attorney No. 5410-49
WILSON KEHOE WININGHAM LLC
2859 North Meridian Street
Indianapolis, IN 46208
TEL: (317) 920-6400
FAX: (317) 920-6405
kehoe@wkw.com
Attorney for Plaintiffs