UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LISA G. PARKER and ROGER PARKER, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN MEDICAL RESPONSE <br><br> Defendant. | Cause No. 3:15-cv-00012-RLY-WGH |

**STIPULATION AND ORDER OF DISMISSAL**

The parties in the above-entitled action, by their attorneys, stipulate and agree to dismissal of this action, without prejudice, each party to bear its own costs, subject to refiling in the Indiana Circuit Court for the First Judicial Circuit, located in Vanderburgh County, State of Indiana, with waiver of any statute of limitations defense. The Court, being duly advised in the premises, now GRANTS same.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be dismissed without prejudice, each party to bear its own costs, and subject to refiling in the Indiana Circuit Court for the First Judicial Circuit, located in Vanderburgh County, State of Indiana.

Dated this __17th__ day of ____June____, 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record